## STATE OF CONNECTICUT *v.* LUIS M. OCASIO

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 737 (AC 29039), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Timothy H. Everett,* special public defender, and *Jason A. Hyne,* certified legal intern, in support of the petition.

*Rocco A. Chiarenza,* special deputy assistant state's attorney, in opposition.

Decided June 3, 2009

## JOHN F. FEDUS ET AL. *v.* ZONING AND PLANNING COMMISSION OF THE TOWN OF COLCHESTER

The petition by the defendant Colchester, LLC, for certification for appeal from the Appellate Court, 112 Conn. App. 844 (AC 29350), is denied.

*Lewis K. Wise,* in support of the petition.

*Eric H. Rothauser,* in opposition.

Decided June 3, 2009